**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Orlando Division)**

**Case No.: 6:23-cv-01082**

JAMES GEORGE TAYLOR AND
MARGARET CAROLE TAYLOR,

      Plaintiffs,

v.                                                                    Removed from Circuit Court
                                                                      of Brevard County, Florida
NATIONAL SPECIALTY INSURANCE                                          Case No. 052023CA028815
COMPANY,

      Defendant.

_____ /

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Defendant National Specialty Insurance Company ("NSIC"), by and through its undersigned counsel, hereby gives notice pursuant to 28 U.S.C. § 1441 *et seq*., of the removal of this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, bearing Case Number 052023CA028815, to the United States District Court for the Middle District of Florida (Orlando Division) based on the following:

1.      On or about April 28, 2023, Plaintiffs filed a Complaint for breach of contract against Defendant in the Circuit Court of Brevard County, Florida. *See Complaint, attached hereto as "Exhibit A."*

2.      Defendant was served with Plaintiffs' Complaint on May 9, 2023.

3.      Plaintiffs allege Defendant issued an insurance policy in favor of its insureds, Plaintiffs, for property located at 684 Hyannie Street NE, Palm Bay, Florida, which is within Brevard County, Florida. *Id.* at ¶¶ 3-4.

4.      Plaintiffs allege that "[o]n or about September 28, 2022, the Insured Property sustained direct physical damage as a result of a Hurricane Ian." *Id.* at ¶ 7.

5.      Plaintiffs allege that Defendant breached the contract of insurance by failing to properly pay the full amount of insurance proceeds owed to Plaintiffs." *Id.* at ¶ 12.

6.      28 U.S.C. § 1441(a) provides in pertinent part "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.      28 U.S.C. § 1332(a)(1) provides the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), exclusive of interest and costs, and is between citizens of different States.

8.      Plaintiffs allege damages exceeding Fifty Thousand Dollars ($50,000.00), sufficient to invoke jurisdiction in the circuit court, the highest trial court in the Florida state court, but insufficient to support diversity jurisdiction. *See Exhibit A, Complaint at ¶ 1.*

9.      Plaintiffs' Complaint is silent as to the citizenship of the parties, noting only that Defendant is an insurance company authorized to do business in Florida. *Id.* at ¶ 2.

10.     28 U.S.C. § 1332(c)(1) provides that a corporation shall be deemed a citizen of any state in which it has been incorporated, and of the state where it has its principal place of business.

11.     Defendant National Specialty Insurance Company is a foreign corporation with its place of incorporation in Texas and its principal place of business in Bedford, Texas.

12.     On June 1, 2023, Plaintiffs' counsel made a confidential settlement demand, via email, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00). In support of

Plaintiffs' settlement demand, Plaintiffs' counsel attached to the demand email an itemized repair estimate prepared by Exact Building Consultants.  The total amount of the itemized repair estimate is Seventy-Six Thousand Eight Hundred Fifty-Seven and 45/100 Dollars ($76,857.45).  *See Exhibit B, Exact Building Consultants Estimate.*

13.    In the exercise of due diligence, based on the timing of service of Plaintiffs' Complaint, and to avoid the deadline from the receipt of Plaintiffs' confidential settlement demand, the undersigned checked the records of the Brevard County Property Appraiser to determine the citizenship of Plaintiffs.

14.    Plaintiffs have applied for and received the Homestead Exemption under the Florida Constitution, per the records of the Brevard County Property Appraiser.  *See record for insured property, 684 Hyannie Street NE, Palm Bay, Florida, Brevard County Property Appraiser, attached hereto as "Exhibit C."*

15.    Defendant requests that this Court take judicial notice of the records of this county government record which are publicly accessible and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, pursuant to USCS Fed. Rules Evid. R. 201(b)(2)-(c)(2).

16.    Under current Florida case law

Article VII, Section 6(a) of the Florida Constitution allows "[e]very person who has the legal or equitable title to real estate and maintains thereon the permanent resident of the owner, or another legally or naturally dependent upon the owner," to claim a homestead tax exemption. For real property to qualify for a homestead exemption, an applicant must make three showings: (1) that the real property is owned by a "natural person"; (2) that the owner has "made, or intend[s] to make the real property his or her permanent residence or that of his family"; and (3) that "the property . . . meet[s] the size and contiguity requirements of article X, section 4(a)(1) of the Florida Constitution." *Aronson v. Aronson*, 81 So. 3d 515, 518 n.2 (Fla. 3d DCA 2012) (citing *Cutler v. Cutler*, 994 So. 2d 341, 344 (Fla. 3d DCA 2008)).

*Kelly v. Spain*, 160 So. 3d 78, 82 (Fla. 4th DCA 2015)(emphasis added).

17.    By the filing of the application for the Homestead Exemption, Plaintiffs have admitted they are permanent residents of said address, which is located within Florida.

18    "'Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction.' *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002). And domicile requires both residence in a state and 'an intention to remain there indefinitely . . .' *Id.* at 1258 (internal quotation marks omitted)." *Travaglio v. Am. Express Co.,* 735 F.3d 1266, 1269 (11th Cir. 2013).

17.    Although Defendant cannot know the "intention to remain," Defendant has established Plaintiffs' admission that they are permanent residents at their homestead property.  In the event that any dispute remains, the Defendant would ask that Plaintiffs be compelled to respond in an expedited manner to discovery requests related to their citizenship for the elimination of all doubts regarding the question of citizenship.

18.    In light of the expiration of the deadline following the service of Plaintiffs' Complaint, the receipt of Plaintiffs' confidential settlement demand and the presence of compelling evidence as to domicile contained within the public record (Exhibit C), Defendant did not wish to await written discovery or depositions as Defendant would risk running afoul of the deadline to remove this matter to federal court.

19.    Defendant has established (or will establish) that Plaintiffs are citizens of Florida, while Defendant is a citizen of Texas.

20.    Since there is complete diversity between Plaintiffs and Defendant, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, this case subject to the original jurisdiction of the Court under 28 U.S.C. § 1332 and removal is proper under 28 U.S.C § 1441(a).

21. Based on the foregoing, this matter is subject to the original jurisdiction of the Court under 28 U.S.C. § 1332, and this cause may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

22. A complete copy of all process, pleadings, and orders in the Circuit Court of Brevard County, Florida in Case No. 052023CA028815, as required by 28 U.S.C. § 1446(a) is attached hereto as "*Exhibit D"* Index of Record.

23. In compliance with 28, U.S.C. § 1446(a), counsel for Defendant has also provided a written Notice of Removal to the Circuit Court of Brevard County, Florida, a copy of which is attached to this Notice of Removal as "*Exhibit E*".

WHEREFORE Defendant National Specialty Insurance Company respectfully requests that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Florida (Orlando Division).

Date: June 8, 2023

Respectfully submitted,

By:    */s/ Erica A. Gonsalves*
Erica A. Gonsalves, Esq. (125538)
ROLFES HENRY CO., LPA
110 SE 6th Street, Suite 1920
Fort Lauderdale, Florida 33301
T: (954) 530-5601
F: (954) 530-5291
E: egonsalves@rolfeshenry.com
E: blamons@rolfeshenry.com

*Attorneys for Defendant*
*National Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to all parties of record, this 8th day of June 2023.  I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant:

Marc A. Krispinsky, Esq. (1025520)
Kanner & Pintaluga, P.A.
1625 Hendry Street, 4th Floor.
Fort Myers, FL 33901
P: 561 424 0032
E: mkrispinsky@kpattorney.com
E: cfileson@kpattorney.com
E: FirstPartyEService@kpattorney.com

*Attorney for Plaintiff*

/s/ Erica A. Gonsalves
Erica A. Gonsalves, Esq.

IN THE CIRCUIT COURT OF THE 18th
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

JAMES GEORGE TAYLOR, JR. AND
MARGARET CAROLE TAYLOR,

CASE NO.:   052023CA028815XXXXXX

  Plaintiffs,

v.

NATIONAL SPECIALTY
INSURANCE COMPANY,

  Defendant.

_____/

## **PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT & DEMAND FOR JURY TRIAL**

  COME NOW Plaintiffs, JAMES GEORGE TAYLOR, JR. AND MARGARET CAROLE TAYLOR, through the undersigned counsel, and hereby file this Complaint against Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and as grounds therefore state as follows:

  1.  This is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

  2.  At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Brevard County, Florida.

  3.  At all times material hereto, the damaged property was located in Brevard County, Florida.

  4.  Prior to September 28, 2022, Plaintiffs sought and purchased homeowner's insurance from Defendant to cover the property located at 684 Hyannie Street NE, Palm Bay, FL 32907 (hereinafter "Insured Property"). Said policy of insurance, which is believed to be Policy

Number VUW-HO-531080, was issued by Defendant to Plaintiffs to provide property insurance coverage for the Insured Property.

5.      At all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. VUW-HO-531080 (hereinafter "Contract"). Plaintiffs are not in possession of a complete certified copy of the Contract. The Contract is well known to and in the possession of Defendant, and Plaintiffs have requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

6.      Plaintiffs have paid the premiums for the Contract prior to September 28, 2022.

7.       On or about September 28, 2022, the Insured Property sustained direct physical damage as a result of a Hurricane Ian.

8.      The Contract described in Paragraph 5 above was in full force and effect as of September 28, 2022.

9.      Defendant received timely notice of the loss.

10.     Defendant assigned the loss reported by Plaintiffs and described in Paragraph 7 above a claim number believed to be VEL22049280.

11.     Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in Paragraph 7 above.

12.     This is an action relating to Defendant's breach of Contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiffs.

13.    Plaintiffs have complied with section 627.70152, Florida Statute.

14.    Jurisdiction and venue of this matter are proper in the Circuit Court for Brevard County, Florida.

## COUNT I – BREACH OF CONTRACT

15.    Plaintiffs reallege and reincorporate paragraphs 1-14 as if fully stated herein, and further allege as follows:

16.    During the above Contract period the Insured Property sustained direct physical damages.

17.    Plaintiffs provided timely notice of the loss, described in Paragraph 7, above to the Defendant.

18.    Plaintiffs have complied with all obligations and conditions precedent to this lawsuit which would entitle Plaintiffs to recover benefits under the Contract, or such conditions have been waived.

19.    Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

20.    This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

21.    Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of Defendant refusing to pay the full amount owed under the Contract.

22.    As a direct and proximate result of Defendant's breach of Contract, Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the

interests of Plaintiffs, and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

23.    In the event that Plaintiff prevail in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.70152, 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs.

## **DEMAND FOR JURY TRIAL**

Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

*[Certificate of Service on Following Page]*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiffs
1625 Hendry Street, 4th Floor
Fort. Myers, FL 33901
Phone: (561) 424-0032
Fax:    (866) 641-4690
**<u>Court Phone Number: (1-888) 824-7834</u>**
Email: mkrispinsky@kpattorney.com
           cfilson@kpattorney.com
           FirstPartyEService@kpattorney.com

By: /s/ Marc A. Krispinsky .
      MARC A. KRISPINSKY, ESQ.
      Florida Bar No.: 1025520

 **Exact Building Consultants**

|  |  |
|---|---|
| Insured: | James Taylor |
| Property: | 684 Hyannie Street |
|  | Palm Bay, FL 32907 |
|  |  |
| Reference: |  |
| Company: | Velocity |

**Claim Number:** VEL22049280          **Policy Number:** VUW-HO-531080          **Type of Loss:**

| Date Contacted: | 2/8/2023 5:50 PM |  |  |
|---|---|---|---|
| Date of Loss: |  | Date Received: |  |
| Date Inspected: | 2/9/2023 11:00 AM | Date Entered: | 2/10/2023 10:39 AM |

| Price List: | FLDY8X_FEB23 |
|---|---|
|  | Restoration/Service/Remodel |
| Estimate: | 2023-02-10-103945 |



**Exact Building Consultants**

---

**2023-02-10-103945**

**Main Level**



**Roof1**

---

| | 43.44 Number of Squares |
|---|---|
| 4343.83 Surface Area | 43.44 Number of Squares |
| 298.49 Total Perimeter Length | 88.02 Total Ridge Length |
| 157.24 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 43.44 SQ | 143.00 | 0.00 | 1,863.58 | 8,075.50 | (0.00) | 8,075.50 |
| 2. Laminated - comp. shingle rfg. - w/out felt | 50.00 SQ | 260.33 | 474.18 | 4,047.22 | 17,537.90 | (4,741.80) | 12,796.10 |
| 15% waste added. | | | | | | | |
| 3. Roofing felt - 30 lb. | 43.44 SQ | 50.20 | 43.76 | 667.32 | 2,891.77 | (437.57) | 2,454.20 |
| 4. R&R Hip / Ridge cap - Standard profile - composition shingles | 245.26 LF | 8.94 | 52.88 | 673.64 | 2,919.15 | (528.78) | 2,390.37 |
| 5. Water barrier joint taping - Mod. bitumen - 4" seam tape | 4,343.83 SF | 0.29 | 21.28 | 384.30 | 1,665.29 | (212.85) | 1,452.44 |
| 6. Asphalt starter - peel and stick | 298.49 LF | 3.00 | 15.88 | 273.40 | 1,184.75 | (158.80) | 1,025.95 |
| 7. Apply roofing sealant/cement - per LF | 298.49 LF | 0.71 | 5.64 | 65.28 | 282.85 | (56.41) | 226.44 |
| 8. R&R Drip edge | 298.49 LF | 3.28 | 25.49 | 301.36 | 1,305.90 | (228.90) | 1,077.00 |
| 9. Ice & water barrier | 4,343.83 SF | 2.28 | 136.83 | 3,012.22 | 13,052.98 | (1,368.31) | 11,684.67 |
| 10. Roofer - per hour | 4.00 HR | 130.00 | 0.00 | 156.00 | 676.00 | (0.00) | 676.00 |
| Clean up after installation. | | | | | | | |
| 11. Digital satellite system - Detach & reset | 1.00 EA | 41.65 | 0.00 | 12.50 | 54.15 | (0.00) | 54.15 |
| 12. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 1,193.96 SF | 1.16 | 27.58 | 423.78 | 1,836.36 | (0.00) | 1,836.36 |
| Landscape protection. | | | | | | | |
| 13. Re-nailing of roof sheathing - complete re-nail | 4,343.83 SF | 0.24 | 3.04 | 313.68 | 1,359.24 | (6.37) | 1,352.87 |
| 14. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 4,343.83 SF | 1.16 | 100.34 | 1,541.76 | 6,680.94 | (0.00) | 6,680.94 |
| Mitigate further damage. | | | | | | | |
| 15. Exhaust cap - through roof - 6" to 8" | 3.00 EA | 119.63 | 10.61 | 110.84 | 480.34 | (95.23) | 385.11 |
| 16. Flashing - pipe jack | 6.00 EA | 60.56 | 7.29 | 111.18 | 481.83 | (65.43) | 416.40 |
| 17. Skylight flashing kit - dome | 1.00 EA | 140.28 | 6.45 | 44.02 | 190.75 | (64.53) | 126.22 |
| 18. R&R Gutter / downspout - aluminum - up to 5" | 343.49 LF | 9.15 | 124.79 | 980.32 | 4,248.05 | (1,140.94) | 3,107.11 |
| **Totals: Roof1** | | | **1,056.04** | **14,982.40** | **64,923.75** | **9,105.92** | **55,817.83** |
| **Total: Main Level** | | | **1,056.04** | **14,982.40** | **64,923.75** | **9,105.92** | **55,817.83** |

 **Exact Building Consultants**

**interior**



**Bathroom**                                                                                              **Height: 8'**

| | |
|---|---|
| 192.00  SF Walls | 32.00  SF Ceiling |
| 224.00  SF Walls & Ceiling | 32.00  SF Floor |
| 3.56  SY Flooring | 24.00  LF Floor Perimeter |
| 24.00  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19.  Contents - move out then reset | 1.00 EA | 76.26 | 0.00 | 22.88 | 99.14 | (0.00) | 99.14 |
| CEILING | | | | | | | |
| 20.  Apply anti-microbial agent to the ceiling | 32.00 SF | 0.32 | 0.11 | 3.12 | 13.47 | (0.00) | 13.47 |
| 21.  R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.61 | 0.63 | 8.16 | 35.40 | (6.31) | 29.09 |
| 22.  R&R Ceiling fan & light | 1.00 EA | 361.06 | 8.93 | 111.00 | 480.99 | (89.25) | 391.74 |
| 23.  R&R Acoustic ceiling (popcorn) texture - heavy | 32.00 SF | 2.18 | 0.16 | 20.98 | 90.90 | (0.33) | 90.57 |
| 24.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 32.00 SF | 3.69 | 1.64 | 35.92 | 155.64 | (3.43) | 152.21 |
| 25.  Seal & paint acoustic ceiling (popcorn) texture | 32.00 SF | 1.46 | 0.90 | 14.30 | 61.92 | (8.96) | 52.96 |
| 26.  R&R Blown-in insulation - 10" depth - R26 | 32.00 SF | 2.39 | 2.06 | 23.56 | 102.10 | (4.32) | 97.78 |
| 27.  Clean floor or roof joist system | 32.00 SF | 1.23 | 0.04 | 11.82 | 51.22 | (0.00) | 51.22 |
| WALLS | | | | | | | |
| 28.  Apply anti-microbial agent to the walls | 192.00 SF | 0.32 | 0.67 | 18.64 | 80.75 | (0.00) | 80.75 |
| 29.  Mask wall - plastic, paper, tape (per LF) | 192.00 LF | 1.66 | 3.63 | 96.70 | 419.05 | (7.60) | 411.45 |
| FLOOR | | | | | | | |
| 30.  Floor protection - self-adhesive plastic film | 32.00 SF | 0.71 | 0.31 | 6.92 | 29.95 | (3.14) | 26.81 |
| 31.  Mask and prep for paint - tape only (per LF) | 24.00 LF | 0.70 | 0.08 | 5.06 | 21.94 | (0.84) | 21.10 |
| 32.  Final cleaning - construction - Residential | 32.00 SF | 0.33 | 0.00 | 3.16 | 13.72 | (0.00) | 13.72 |
| **Totals:  Bathroom** | | | **19.16** | **382.22** | **1,656.19** | **124.18** | **1,532.01** |
| **Total:  interior** | | | **19.16** | **382.22** | **1,656.19** | **124.18** | **1,532.01** |

**GENERAL CONDITIONS**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 3,000.00 | 0.00 | 900.00 | 3,900.00 | (0.00) | 3,900.00 |



**Exact Building Consultants**

## CONTINUED - GENERAL CONDITIONS

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34. Generator - 6,000 watt - portable (per day) | 12.00 DA | 100.00 | 0.00 | 360.00 | 1,560.00 | (0.00) | 1,560.00 |
| 35. Job-site cargo/storage container - 20' long (per month) | 1.00 MO | 87.83 | 6.15 | 28.18 | 122.16 | (0.00) | 122.16 |
| 36. Temporary toilet (per month) | 1.00 MO | 119.00 | 0.00 | 35.70 | 154.70 | (0.00) | 154.70 |
| 37. General Laborer - per hour | 14.00 HR | 51.96 | 0.00 | 218.24 | 945.68 | (0.00) | 945.68 |
| 38. Residential Supervision / Project Management - per hour | 20.00 HR | 67.95 | 0.00 | 407.70 | 1,766.70 | (0.00) | 1,766.70 |
| 39. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 703.89 | 0.00 | 211.16 | 915.05 | (0.00) | 915.05 |
| **Totals:  GENERAL CONDITIONS** | | | **6.15** | **2,160.98** | **9,364.29** | **0.00** | **9,364.29** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Water extract/remediation labor minimum | 1.00 EA | 103.47 | 0.00 | 31.04 | 134.51 | (0.00) | 134.51 |
| 41. Drywall labor minimum | 1.00 EA | 64.07 | 0.00 | 19.22 | 83.29 | (0.00) | 83.29 |
| 42. Roofing labor minimum | 1.00 EA | 166.54 | 0.00 | 49.96 | 216.50 | (0.00) | 216.50 |
| 43. General labor - labor minimum | 1.00 EA | 1.76 | 0.00 | 0.52 | 2.28 | (0.00) | 2.28 |
| 44. Heat, vent, & air cond. labor minimum | 1.00 EA | 249.15 | 0.00 | 74.74 | 323.89 | (0.00) | 323.89 |
| 45. Electrical labor minimum | 1.00 EA | 17.89 | 0.00 | 5.36 | 23.25 | (0.00) | 23.25 |
| 46. Insulation labor minimum | 1.00 EA | 99.62 | 0.00 | 29.88 | 129.50 | (0.00) | 129.50 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **210.72** | **913.22** | **0.00** | **913.22** |
| **Line Item Totals:  2023-02-10-103945** | | | **1,081.35** | **17,736.32** | **76,857.45** | **9,230.10** | **67,627.35** |



**Exact Building Consultants**

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 192.00 | SF Walls | 32.00 | SF Ceiling | 224.00 | SF Walls and Ceiling |
| 32.00 | SF Floor | 3.56 | SY Flooring | 24.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 24.00 | LF Ceil. Perimeter |
| | | | | | |
| 32.00 | Floor Area | 40.44 | Total Area | 192.00 | Interior Wall Area |
| 333.06 | Exterior Wall Area | 26.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 4,343.83 | Surface Area | 43.44 | Number of Squares | 298.49 | Total Perimeter Length |
| 88.02 | Total Ridge Length | 157.24 | Total Hip Length | | |

 **Exact Building Consultants**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 58,039.78 |
| Material Sales Tax | 1,075.20 |
| Storage Rental Tax | 6.15 |
| Subtotal | 59,121.13 |
| Overhead | 8,868.16 |
| Profit | 8,868.16 |
| **Replacement Cost Value** | **$76,857.45** |
| Less Depreciation | (9,230.10) |
| **Actual Cash Value** | **$67,627.35** |
| **Net Claim** | **$67,627.35** |
| Total Recoverable Depreciation | 9,230.10 |
| **Net Claim if Depreciation is Recovered** | **$76,857.45** |

 **Exact Building Consultants**

---

### Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 8,868.16 | 8,868.16 | 1,075.20 | 0.00 | 0.00 | 6.15 |
| **Total** | | | | | | |
| | **8,868.16** | **8,868.16** | **1,075.20** | **0.00** | **0.00** | **6.15** |

 **Exact Building Consultants**

## Recap by Room

**Estimate: 2023-02-10-103945**

**Area: Main Level**

| | | |
|---|---|---|
| **Roof1** | **48,885.31** | **84.23%** |
| **Area Subtotal:  Main Level** | **48,885.31** | **84.23%** |

**Area: interior**

| | | |
|---|---|---|
| **Bathroom** | **1,254.81** | **2.16%** |
| **Area Subtotal:  interior** | **1,254.81** | **2.16%** |
| **GENERAL CONDITIONS** | **7,197.16** | **12.40%** |
| **Labor Minimums Applied** | **702.50** | **1.21%** |
| **Subtotal of Areas** | **58,039.78** | **100.00%** |
| **Total** | **58,039.78** | **100.00%** |

 **Exact Building Consultants**

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 49.92 | | 49.92 |
| CONTENT MANIPULATION | 164.09 | | 164.09 |
| GENERAL DEMOLITION | 8,619.44 | | 8,619.44 |
| DRYWALL | 533.19 | 11.36 | 521.83 |
| ELE | 17.89 | | 17.89 |
| ELECTRICAL - SPECIAL SYSTEMS | 41.65 | | 41.65 |
| PERMITS AND FEES | 3,000.00 | | 3,000.00 |
| HEAT,  VENT & AIR CONDITIONING | 272.40 | 6.31 | 266.09 |
| INSULATION | 138.98 | 4.32 | 134.66 |
| LABOR ONLY | 2,088.20 | | 2,088.20 |
| LIGHT FIXTURES | 335.74 | 89.25 | 246.49 |
| PAINTING | 86.24 | 12.94 | 73.30 |
| ROOFING | 32,415.03 | 7,964.98 | 24,450.05 |
| SOFFIT, FASCIA, & GUTTER | 2,912.80 | 1,140.94 | 1,771.86 |
| TEMPORARY REPAIRS | 7,189.06 | | 7,189.06 |
| WATER EXTRACTION & REMEDIATION | 175.15 | | 175.15 |
| O&P Items Subtotal | 58,039.78 | 9,230.10 | 48,809.68 |
| Material Sales Tax | 1,075.20 | | 1,075.20 |
| Storage Rental Tax | 6.15 | | 6.15 |
| Overhead | 8,868.16 | | 8,868.16 |
| Profit | 8,868.16 | | 8,868.16 |
| Total | 76,857.45 | 9,230.10 | 67,627.35 |

 **Exact Building Consultants**



1       1-ADDRESS                         Date Taken: 2/9/2023
        Address Verification.

 **Exact Building Consultants**



2      2-FRONT                           Date Taken: 2/9/2023

Overview of the front elevation

 **Exact Building Consultants**



3        3-RIGHT                    Date Taken: 2/9/2023

Overview of the right elevation.

 **Exact Building Consultants**



4       4-RIGHT                          Date Taken: 2/9/2023

Overview of the right elevation.

 **Exact Building Consultants**



5        5-REAR                        Date Taken: 2/9/2023
         Overview of the rear elevation.

 **Exact Building Consultants**



6        6-REAR                    Date Taken: 2/9/2023
         Overview of the rear elevation.

 **Exact Building Consultants**



7      7-LEFT                       Date Taken: 2/9/2023

Overview of the left elevation.



**Exact Building Consultants**



8       8-WINDOW                    Date Taken: 2/9/2023
        Overview of window.

 **Exact Building Consultants**



9       9-WINDOW                          Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



10      10-WINDOW                    Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



11      11-WINDOW                    Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



12      12-WINDOW                    Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



13      13-WINDOW                    Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



14        14-DOOR                    Date Taken: 2/9/2023

Overview of door.

 **Exact Building Consultants**



15      15-WINDOW                    Date Taken: 2/9/2023
        Overview of window.



**Exact Building Consultants**



16      16-WINDOW                    Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



17      17-WINDOW                      Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



18      18-WINDOW                        Date Taken: 2/9/2023

Overview of window.

**Exact Building Consultants**



19      19-WINDOW                    Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



20      20-WINDOW                Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



21      21-WINDOW                    Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



22      22-WINDOW                    Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



23        23-WINDOW                    Date Taken: 2/9/2023
          Overview of window.



**Exact Building Consultants**



24      24-DOOR                      Date Taken: 2/9/2023

Overview of door.

 **Exact Building Consultants**



25      25-WINDOW                    Date Taken: 2/9/2023

Overview of window.



**Exact Building Consultants**



26      26-WINDOW                    Date Taken: 2/9/2023
        Overview of window.

 **Exact Building Consultants**



27      27-DOOR              Date Taken: 2/9/2023

Overview of door.

 **Exact Building Consultants**



28      28-DOOR                    Date Taken: 2/9/2023
        Overview of door.



**Exact Building Consultants**



29      29-WINDOW                          Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



30      30-WINDOW                    Date Taken: 2/9/2023

Overview of window.

 **Exact Building Consultants**



31          31-OVERHANG                    Date Taken: 2/9/2023
            Overview of overhang.



**Exact Building Consultants**



32      32-PITCH GAUGE                Date Taken: 2/9/2023

Overview of the pitch gauge.

 **Exact Building Consultants**



33      33-FRONT SLOPE                Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



34      34-FRONT SLOPE      Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



35      35-FRONT SLOPE                Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



36        36-FRONT SLOPE                Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



37      37-FRONT SLOPE              Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



38      38-FRONT SLOPE              Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



39      39-FRONT SLOPE            Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



40    40-FRONT SLOPE    Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



41      41-FRONT SLOPE              Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



42      42-FRONT SLOPE                Date Taken: 2/9/2023

Overview of the front slope of the roof.

 **Exact Building Consultants**



43      43-FRONT SLOPE            Date Taken: 2/9/2023

Overview of the front slope of the roof.



**Exact Building Consultants**



44        44-LIFTED1                    Date Taken: 2/9/2023

Shingles are lifted.



**Exact Building Consultants**



45      45-RIGHT SLOPE              Date Taken: 2/9/2023

Overview of the right slope.



**Exact Building Consultants**



46    46-RIGHT SLOPE         Date Taken: 2/9/2023

Overview of the right slope.

 **Exact Building Consultants**



47      47-REAR SLOPE                    Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



48        48-REAR SLOPE                Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



49        49-REAR SLOPE                Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



50      50-REAR SLOPE                Date Taken: 2/9/2023

Overview of the rear slope of the roof.

 **Exact Building Consultants**



51    51-REAR SLOPE    Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



52       52-REAR SLOPE                Date Taken: 2/9/2023

Overview of the rear slope of the roof.

 **Exact Building Consultants**



53      53-REAR SLOPE            Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



54      54-REAR SLOPE                Date Taken: 2/9/2023

Overview of the rear slope of the roof.



**Exact Building Consultants**



55      55-LEFT SLOPE                  Date Taken: 2/9/2023

Overview of the left slope of the roof.



**Exact Building Consultants**



56          56-LEFT SLOPE                    Date Taken: 2/9/2023

Overview of the left slope of the roof.



**Exact Building Consultants**



57        57-LIFTED1                    Date Taken: 2/9/2023

Shingles are lifted.

 **Exact Building Consultants**



58        59-BATHROOM                    Date Taken: 2/9/2023
          Overview of the room.

 **Exact Building Consultants**



59      60-BATHROOM                    Date Taken: 2/9/2023

Overview of the room.



**Exact Building Consultants**



60    61-CEILING                    Date Taken: 2/9/2023

Overview of the ceiling.



**Exact Building Consultants**



61        62-CEILING                    Date Taken: 2/9/2023
         Overview of the ceiling.



**Exact Building Consultants**



62      63-SFICCEILING             Date Taken: 2/9/2023

The ceiling was affected by water

 **Exact Building Consultants**



63      64-ATTIC                    Date Taken: 2/9/2023
        Overview of Attic.



**Exact Building Consultants**



64        65-ATTIC                    Date Taken: 2/9/2023
         Overview of Attic.



**Exact Building Consultants**



65      66-ATTIC                     Date Taken: 2/9/2023
        Overview of Attic.

 **Exact Building Consultants**



66      67-ATTIC                    Date Taken: 2/9/2023

Overview of Attic.

F17(B)

F1(A)

Roof6 (5)

Roof1

F4

F3

F2(B)

Roof2 (1)

Roof4 (3)

F7(C)

F6(B)

Roof3 (2)

F13(A)   F14(B)

Roof5 (4)

F15(C)

F10(A)

F12(C)



N

Main Level



Bathroom

4' 8"

4'

8'

8' 8"



N

interior



# Brevard County Property Appraiser

Titusville • Viera • Melbourne • Palm Bay

## PROPERTY DETAILS

Phone: (321) 264-6700
https://www.bcpao.us

| | |
|---|---|
| Account | 2838020 |
| Owners | TAYLOR, JAMES GEORGE,JR; TAYLOR, MARGARET CAROLE |
| Mailing Address | 684 HYANNIE ST NE PALM BAY FL 32907 |
| Site Address | 684 HYANNIE ST NE PALM BAY FL 32907 |
| Parcel ID | 28-37-29-KP-2437-7 |
| Property Use | 0110 - SINGLE FAMILY RESIDENCE |
| Exemptions | HEX1 - HOMESTEAD FIRST HEX2 - HOMESTEAD ADDITIONAL |
| Taxing District | 54U0 - PALM BAY |
| Total Acres | 0.43 |
| Subdivision | PORT MALABAR UNIT 45 |
| Site Code | 0001 - NO OTHER CODE APPL. |
| Plat Book/Page | 0022/0003 |
| Land Description | PORT MALABAR UNIT 45 LOT 7 BLK 2437 |



## VALUE SUMMARY

| Category | 2022 | 2021 | 2020 |
|---|---|---|---|
| Market Value | $343,260 | $283,980 | $264,870 |
| Agricultural Land Value | $0 | $0 | $0 |
| Assessed Value Non-School | $269,860 | $262,000 | $258,390 |
| Assessed Value School | $269,860 | $262,000 | $258,390 |
| Homestead Exemption | $25,000 | $25,000 | $25,000 |
| Additional Homestead | $25,000 | $25,000 | $25,000 |
| Other Exemptions | $0 | $0 | $0 |
| Taxable Value Non-School | $219,860 | $212,000 | $208,390 |
| Taxable Value School | $244,860 | $237,000 | $233,390 |

## SALES/TRANSFERS

| Date | Price | Type | Instrument |
|---|---|---|---|
| 12/11/2017 | $255,000 | WD | 8047/2827 |
| 09/30/1996 | $133,000 | WD | 3603/4334 |
| 02/28/1992 | $20,000 | WD | 3179/3203 |
| 07/01/1988 | $8,300 | NN | 2922/2865 |

## BUILDINGS

### PROPERTY DATA CARD #1

**Building Use:** 0110 - SINGLE FAMILY RESIDENCE

| Materials | | Details | |
|---|---|---|---|
| Exterior Wall: | BRICK | Year Built | 1992 |
| Frame: | WOOD FRAME | Story Height | 8 |
| Roof: | ASPH/ASB SHNGL | Floors | 1 |
| Roof Structure: | HIP/GABLE | Residential Units | 1 |
| | | Commercial Units | 0 |

| Sub-Areas | | Extra Features | |
|---|---|---|---|
| Base Area (1st) | 2,229 | No Data Found | |
| Enclosed Por | 350 | | |
| Garage | 506 | | |
| Screen Porch | 36 | | |
| Total Base Area | 2,229 | | |

Total Sub Area                                    3,121

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA**

JAMES GEORGE TAYLOR &
MARGARET CAROLE TAYLOR

      Plaintiffs,

v.                                          CASE NO.:  052023CA028815XXXXXX

NATIONAL SPECIALTY INSURANCE
COMPANY,

      Defendant,

_____ /

**<u>INDEX OF RECORD</u>**

     Defendant National Specialty Insurance Company, hereby files this Index of Record of

Brevard County State Court filings to date relative to the Notice of Removal filed on this date in

the above-referenced matter:

1.     Civil Cover Sheet;

2.     Complaint;

3.     Request for Production;

4.     Request for Admissions;

5.     Notice of Filing Interrogs;

6.     Notice of Taking Deposition;

7.     Notice of Taking Deposition;

8.     Plaintiffs' Notice of Designation of Email Addresses

9.     Summons Issued;

10.     Proposed Case Management Plan

11. Proposed Case Management, Order

12. Summons Issued

13. Notice of Email Designation

14. Notice of Appearance

15. Motion for Extension of Time

16. Answer & Affirmative Defenses

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA**

JAMES GEORGE TAYLOR &
MARGARET CAROLE TAYLOR

      Plaintiffs,

v.                                 CASE NO.:  052023CA028815XXXXXX

NATIONAL SPECIALTY INSURANCE
COMPANY,

      Defendant,

_____/

**<u>NOTICE TO THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA OF THE REMOVAL OF THIS ACTION
TO FEDERAL COURT</u>**

      You are hereby notified that Defendant National Specialty Insurance Company has, on this date, filed a Notice of Removal in the United States District Court for the Middle District of Florida (Orlando Division), pursuant to 28 U.S.C. §§ 1441 and 1446. This action is removed from the Circuit Court of Brevard County, Florida, to the United States District Court for the Middle District of Florida (Orlando Division), together with copies of all pleadings served upon Defendant and all other pleadings filed to-date.

      A copy of Defendant's Notice of Removal filed with the United States District Court is attached hereto as *Exhibit "A"* and filed with this Court.


Date: June 8, 2023               Respectfully submitted,

                      *By:*    */s/ Erica A. Gonsalves*
                            Erica A. Gonsalves, Esq. (125538)
                            ROLFES HENRY CO., LPA
                            110 SE 6th Street, Suite 1920

Fort Lauderdale, Florida  33301
T:  (954) 530-5601
F:  (954) 530-5291
E:  egonsalves@rolfeshenry.com
E:  blamons@rolfeshenry.com

*Attorneys for Defendant*
*National Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been electronically

filed with the Clerk of the Courts by using the ECF system, which will send a notice of electronic

filing to all parties of record, this 8th day of June 2023.  I further certify that upon notification from

the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-

ECF participant:

Marc A. Krispinsky, Esq. (1025520)
Kanner & Pintaluga, P.A.
1625 Hendry Street, 4th Floor.
Fort Myers, FL 33901
P: 561 424 0032
E: mkrispinsky@kpattorney.com
E: cfileson@kpattorney.com
E: FirstPartyEService@kpattorney.com

*Attorney for Plaintiff*

*/s/ Erica A. Gonsalves*
Erica A. Gonsalves, Esq.

2